# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CLARICE M. TAYLOR,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　　　Garnishee. | NO.  2:16-MC-00003-RSL<br><br>　　(2:07-CR-0014-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that OCWEN Loan Servicing, LLC is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Clarice M. Taylor and OCWEN Loan Servicing, LLC., U*SDC#: 2:16-MC-00003-RSL/2:07-CR-0014-1)1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 10th day of January, 2022.

*[signature: M S Lasnik]*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Clarice M. Taylor and OCWEN Loan Servicing, LLC., U*SDC#: 2:16-MC-00003-RSL/2:07-CR-0014-1)2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970